UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL          JS-6

| | |
|---|---|
| Case No. | CV 12-10828-DMG (CWx) |
| Date | July 18, 2014 |

Title: United States of America v. Dwight L. Hanger, et al.

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

In light of the notice of settlement, filed July 17, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By July 31, 2014 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.   Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 1, 2014.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.   The final pretrial conference on August 5, 2014 and court trial on August 26, 2014 are hereby VACATED.

IT IS SO ORDERED.