UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  CV 12-10828-DMG(CWx) |
| Plaintiff, | |
| vs. | **Judgment [37]** |
| DWIGHT L. HANGER and VICKI J. HANGER, | |
| Defendants | |
| DWIGHT L. HANGER and VICKI J. HANGER, | |
| Counterclaimants, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Counterdefendant. | |

Pursuant to the stipulation between the United States of America, Plaintiff and Counterdefendant, and Dwight L. Hanger and Vicki J. Hanger, Defendants and Counterclaimants, judgment is entered as follows:

1. On the Government's claim against Dwight L. Hanger and Vicki J. Hanger for tax year 2000, judgment is entered in favor of the United States of America and against Dwight L. Hanger and Vicki J. Hanger in the amount of $338,268.82 plus statutory interest from December 31, 2013.

2. The amount specified in paragraph 1 already accounts for the offsetting of the overpayment of $32,625 that was determined by the Tax Court in *Hanger v. Commissioner,* case no. 12483-05.

3. On the Hangers' counterclaim against the United States, judgment is entered in favor of Dwight L. Hanger and Vicki J. Hanger and against the United States for each of the following tax years as specified:

    a. 2003: $0

    b. 2004: $12,200 plus statutory interest.

    c. 2005: $33,499 plus statutory interest.

    d. 2006: $10,196 plus statutory interest.

4. The amount to which the Hangers are entitled under paragraph 3 shall be treated as an offset to the amount the Hangers owe the Government under paragraph 1.

5. For purposes of this judgment, statutory interest is defined as the interest provided for by Title 26 of the United States Code to the date of the entry of this judgment and the interest provided for by Title 28 of the United States Code thereafter.

6. The Hanger's claims for 2001, 2002, 2007, and 2008 are dismissed with prejudice.

7. Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: August 7, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: Fiscal Services**

2